IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW SCHRIER,<br><br>　　　　Movant,<br><br>v.<br><br>DEUTSCHE BANK TRUST CORPORATION,<br><br>　　　　Respondent. | Misc. Case No. 21-mc-682<br><br>Related to *Schrier v. Qatar Islamic Bank*, 20-cv-60075-RKA (S.D. Fla.) |

## NOTICE OF MOTION TO COMPEL DEUTSCHE BANK TRUST CORPORATION TO COMPLY WITH SUBPOENA

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Compel Deutsche Bank Trust Corporation to Comply with Subpoena and the Declaration of Matthew R. Sellers, and its accompanying exhibits, Movant Matthew Schrier will move this Court at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 45(d) compelling Respondent Deutsche Bank Trust Corporation to comply with a subpoena issued to it in connection with the pending action of *Schrier v. Qatar Islamic Bank*, No. 20-cv-60075-RKA (S.D. Fla.).

**PLEASE TAKE FURTHER NOTICE** that, under Local Civil Rule 6.1 of the Local Rules for the Southern and Eastern Districts of New York, Deutsche Bank Trust Corporation's papers in opposition, if any, are due within fourteen (14) days after service of Movant's Motion Papers, and Petitioner's reply papers, if any, are due seven (7) days after service of Deutsche Bank Trust Corporation's papers.

Respectfully submitted this 19th day of August, 2021.

        */s/ Matthew R. Sellers*
        Matthew R. Sellers
        Georgia Bar No. 691202 (*pro hac vice* forthcoming)
        sellers@bmelaw.com
        **BONDURANT, MIXSON & ELMORE, LLP**
        1201 West Peachtree Street, N.W., Suite 3900
        Atlanta, Georgia 30309
        Telephone: (404) 881-4100
        Facsimile: (404) 881-4111

        **Attorney for Petitioner Matthew Schrier**